UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENDRICK TYRON PERRY SR.,

    Plaintiff,

v.

Case No. 2:24-CV-00938-SPC-KCD

JUDGE CHRISTINE GREIDER, JUDGE MARGARET O. STEINBECK, THOMAS WILD GUTHRIE, ASSISTANT STATE ATTORNEY; AND MICHAEL BROWN, PUBLIC DEFENDER;

    Defendants,

## **REPORT & RECOMMENDATION**

Kendrick Tyron Perry, Sr. sues two state court judges, an Assistant State Attorney, and an Assistant Public Defender "for significant constitutional, ethical, and professional violations in connection with judicial proceedings surrounding a July 10, 2024, order." (Doc. 1 at 1.)[1] He alleges their conduct violated biblical principles, the Sixth Amendment to the United States Constitution, and several federal statutes. (*Id*. at 2.) To set things right, Perry asks the Court to void the July order, award him damages of over a million dollars, and take disciplinary measures against Defendants. (*Id*. at 3.)

---

[1] Unless otherwise indicated, all internal quotation marks, citations, and alterations have been omitted in this and later citations.

The Court dismissed Perry's complaint because it was a shotgun pleading that sought relief barred by sovereign immunity. (*See* Doc. 4.) The Court also directed Perry to file an amended complaint by November 18, 2024. (*Id.* at 6-7.) Perry did not comply. So, to be safe, the Court offered him another chance, extending the deadline to January 29, 2025. (Doc. 5.) The Court warned Perry that it would recommend his case be dismissed if he did not comply. (*Id.*) Again, Perry did nothing.

Ignoring the Court's order is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage the docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

Perry has not diligently prosecuted this case. He ignored the Court's order and refuses to file an amended complaint. His actions show a lack of interest. Thus, the Court should dismiss this matter without prejudice.

**Recommended** in Fort Myers, Florida on February 5, 2024.

Kyle C. Dudek
United States Magistrate Judge

2

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1. To expedite resolution, parties may file a joint notice waiving the 14-day objection period.