UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENDRICK TYRON PERRY, SR.,

    Plaintiff,

v.    Case No.:   2:24-cv-938-SPC-KCD

JUDGE CHRISTINE GREIDER, JUDGE MARGARET O. STEINBECK, THOMAS WILD GUTHRIE, AND MICHAEL BROWN,

    Defendants.
    /

## OPINION AND ORDER

Before the Court is Magistrate Judge Kyle C. Dudek's Report and Recommendation ("R&R"). (Doc. 6). Judge Dudek recommends that the Court dismiss this action without prejudice because Plaintiff has not diligently prosecuted this case by ignoring the Court's order to file an amended complaint. Plaintiff has not objected to the R&R, and the time to do so has expired. The R&R is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the

R&R de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. So, it accepts and adopts the R&R in full. Accordingly, it is now

**ORDERED:**

1. Judge Dudek's Report and Recommendation (Doc. 6) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.
2. This action is **DISMISSED without prejudice**.
3. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on February 25, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2